IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**            **PLAINTIFF**

VS.           NO. 4:08MJ6017

**JESUS ROBLES-VASQUEZ**            **DEFENDANT**

## ORDER

On motion of the United States (docket entry #6), the Criminal Complaint against Defendant Jesus Robles-Vasquez pending in the Eastern District of Arkansas is hereby DISMISSED, without prejudice.

IT IS SO ORDERED this 5th day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE